IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL )
PENSION FUND )
 )
       Plaintiff, )
 )
    v. )      Civil Action No. 1:17-cv-737 (AJT/MSN)
 )
MEGA MECHANICAL SYSTEMS CORP.,)
 )
 )
      Defendant. )
_____)

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 16] of the

Magistrate Judge recommending that Plaintiffs' Motion for Default Judgment [Doc. No. 11] be

granted. The Magistrate Judge advised the parties that objections to the Proposed Findings of

Fact and Recommendations must be filed within fourteen (14) days of service and that failure to

object waives appellate review. No objections have been filed. Having conducted a *de novo*

review of the evidence in this case, the Court adopts and incorporates the findings and

recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment [Doc. No. 11] be, and the same

hereby is, GRANTED; and it is hereby

ORDERED that judgment be ENTERED in favor of Plaintiff Trustees of the National

Pension Fund and against Defendant Mega Mechanical Systems Corp. in the amount of

$8,088.82; and it is further

ORDERED that judgment be ENTERED in favor of Plaintiff Trustees of the

International Training Fund against Defendant Mega Mechanical Systems Corp. in the amount of

$265.74.

The Clerk is directed to enter judgment in favor of Plaintiffs Trustees of the National

Pension Fund and Trustees of the International Training Fund and against Defendant Mega

Mechanical Systems Corp. pursuant to Fed. R. Civ. P. 58, and to forward copies of this Order to

all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 13, 2017